Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

Southern District of Iowa

_____ Division

Case No. _____
*(to be filled in by the Clerk's Office)*

Michael James Grommet

**Plaintiff(s)**
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Jury Trial: *(check one)* ☒ Yes ☐ No

-v-

Mitchell Family Funeral Home
Marshalltown Police Department
Marshalltown E.M.T.
Logan Wolfe, other undiscovered officers

**Defendant(s)**
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name — Michael James Grommet
Street Address — 1317 3RD Avenue
City and County — Rock Island / Rock Island
State and Zip Code — Illinois 61201
Telephone Number —
E-mail Address —

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Marshalltown Police Department |
| Job or Title *(if known)* | Police Department |
| Street Address | 909 S. 2ND Street |
| City and County | Marshalltown / Marshall |
| State and Zip Code | Iowa 50158 |
| Telephone Number | (641) 754-5725 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Marshalltown E.M.T. |
| Job or Title *(if known)* | E.M.T. Emergency Medical Transport |
| Street Address | 3 S. 4th Avenue |
| City and County | Marshalltown / Marshall |
| State and Zip Code | Iowa 50158 |
| Telephone Number | (641) 754-5725 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Mitchell Family Funeral Home |
| Job or Title *(if known)* | Funeral Home |
| Street Address | 1209 Iowa Avenue West |
| City and County | Marshalltown / Marshall |
| State and Zip Code | Iowa 50158 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Logan Wolfe |
| Job or Title *(if known)* | Police Officer |
| Street Address | 909 S. 2ND Street |
| City and County | Marshalltown / Marshall |
| State and Zip Code | Iowa 50158 |
| Telephone Number | (641) 754-5725 |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question          [X] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Wrongful death, directive violation

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. **The Amount in Controversy**

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See attached

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Wrongful death, emotional distress, violation of State & Federal Law

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 03/31/2021

Signature of Plaintiff

Printed Name of Plaintiff  Michael James Grommet

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____

JS 44 (Rev. 08/16)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| (b) County of Residence of First Listed Plaintiff _____ *(EXCEPT IN U.S. PLAINTIFF CASES)* | County of Residence of First Listed Defendant _____ *(IN U.S. PLAINTIFF CASES ONLY)* <br> NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED. |
| (c) Attorneys *(Firm Name, Address, and Telephone Number)* | Attorneys *(If Known)* |

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☐ 2  U.S. Government Defendant
- ☐ 3  Federal Question *(U.S. Government Not a Party)*
- ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*                      Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | PROPERTY RIGHTS | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | LABOR | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | PERSONAL PROPERTY | ☐ 710 Fair Labor Standards Act | SOCIAL SECURITY | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | | | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | Habeas Corpus: | | FEDERAL TAX SUITS | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | IMMIGRATION | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | Other: | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*

- ☐ 1  Original Proceeding
- ☐ 2  Removed from State Court
- ☐ 3  Remanded from Appellate Court
- ☐ 4  Reinstated or Reopened
- ☐ 5  Transferred from Another District *(specify)*
- ☐ 6  Multidistrict Litigation - Transfer
- ☐ 8  Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

**VII. REQUESTED IN COMPLAINT:**   ☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.    DEMAND $    CHECK YES only if demanded in complaint: JURY DEMAND: ☐ Yes  ☐ No

**VIII. RELATED CASE(S) IF ANY**  *(See instructions)*  JUDGE _____  DOCKET NUMBER _____

DATE _____  SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

Office of the Clerk

To Whom It May Concern;

**Attach to civil Complaint**

    On March 15th, 2019 my sister was having a psychotic episode. I was supposed to give her a ride home. Instead, we argued and she collected her things from my vehicle and left walking. She said a friend was picking her up from Wal-Mart. I told her to call me and told her I love her.

    That was the day she went missing and the last time I saw her alive.

    It later came to our attention that a call to the emergency comm. center came in on March 15 reguarding a "person on the ground, non-responsive in the Wal-Mart parking lot." Officer's and E.M.T. responded and found my sister, Michelle Marie Grommet on the ground in the parking lot. Her personaal effects were near her in a Wal-Mart shopping cart.

    The interaction was recorded on body camera, which we reviewed. The video makes it apparent that Michelle is incoherant, does not know her surroundings or even where she lives. The officer is familiar with her and asks, "hey Michelle, how have you been? Where are you staying at these days?" To which my sister

answers, "Umm.... I don't know." This should have been enough to detain her.

Upon searching through my sister's personnal effects officer's locate an I.D., birth certificates and social security cards of hers and her children's, and among other things, meth and a meth pipe. Police still do not detain her, or ticket her, or contact family as they have in the past when Michelle had episodes. They simply leave.

An hour later, another call comes into the comm. center about a person "standing on top of the hill behind Wal-Mart, acting strangely."

Officer Logan Wolfe is dispatched. Officer Wolfe's background is tarnished, with an episode where he held his pregnant wife hostage at gun point. This is all public record.

Officer Wolfe responds to the call. He reports that Michelle was "standing on the top of the hill in a robe, moving around, staring up into the sky, talking out loud. When I asked Officer Wolfe what she said to him, he stated he never made contact with her but just sat in his car and watched her for about an hour.

This is the last time she was seen anywhere.

After arguing with police, my uncle was allowed to file a missing persons report

pg. 2 of 5

nearly a week later.

I personally left a very vulgar and factual message on the voicemail of the County Sheriff at city hall. Police were not concerned about searching, nor actively searching for my sister. Shortly thereafter the Department of Criminal Investigations got involved. I reported the same issues to channel 8 news and her disappearance was televised.

Police reported having thoroughly searched the field and area behind Wal-Mart using K-9 dogs. The alleged searches yielded nothing.

The D.C.I. asked people not to go into the area to search and advised they were doing an ariel search.

At this point I had already retained an attorney, Karen Taylor and Alexandria Nelissen of Taylor Law in Des Moines. Something just wasn't adding up, and I wanted to be ready to take legal action.

On April 15th, 2019, my sister's body was discovered by air search in the same field that had allegedly been searched multiple times.

I will recap at the end and chronolize.

Had the police and E.M.T. acted an been vigilant, my sister would have been detained and would still be alive.

pg. 3 of 5

For these reasons I am suing the Police Department, E.M.T., and Logan Wolfe for wrongful death.

Moving forward, after discussing this in depth with the attorney, we needed a second autopsy to determine if there was foul play.

We paid a retainer for an out of state medical examiner to the attorney, as the M.E. was at her suggestion and by her referral.

We signed a directive with Mitchell Family Funeral Home to hold the body and not to tamper with or in any way alter the cadaver.

The Iowa State Medical Examiner released the body without notification. The funeral director, Lance, against our request and directive, creamated the body. Ultimately, Mitchell Family Funeral Home destroyed potential evidence, impeded an investigation, and tarnished the possibility of our family ever having answers or closure.

For these reasons I am suing Mitchell Family Funeral Home.

Now that I am weeks away from the statute of limitations, the attorney,

pg. 4 of 5

Alexandria Nelissen, formerly of Taylor Law, now of Advocate Law, 15920 Hickman Rd., Clive, IA 50325, has kept both retainer fees, has failed to file the lawsuits and even sent a third party letter saying I should seek other counsel.

I am filing a complaint to the Iowa State Bar with an arbitration of fees. Unfortunately, that doesn't help me pay filing fees, seek further counsel, or be able to meet statute.

PLEASE file these suits accordingly so I can meet statute. Also, if the court can aide in seeking representation, that would be amazing. I AM BEGGING FOR JUSTICE!!!

Since this time, my mother has had two strokes and passed away March 9th, 2021.

Please GOD someone help me!

Sincerely,

Michael Grommet

Michael James Grommet
R.I. Co. Jail
1317 3RD Avenue
Rock Island, IL
61201

pg. 5 of 5

Michael Grommet
R.I. Co. Jail
1317 3rd Avenue
Rock Island, IL
61201

LEGAL

THIS CORRESPONDENCE IS FROM
THE ROCK ISLAND COUNTY JAIL

CEDAR RAPIDS
3 APR 2021

U.S. District Court
Southern District of Iowa
Office of the Clerk, Attn: Rachel Vens
131 East 4th Street
Davenport, IA
52801

52801-151699